FILED
2020 AUG 13 PM 4:00
CLERK
U.S. DISTRICT COURT

JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT PAUL WEITZEIL, <br><br> Defendant. | **INDICTMENT** <br><br> Count 1: 18 U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct |

The Grand Jury charges:

Case: 1:20−cr−00055
Assigned To : Waddoups, Clark
Assign. Date : 8/13/2020
Description:

**COUNT 1**
18 U.S.C. § 2423(b)
(Travel with Intent to Engage in Illicit Sexual Conduct)

Between February 12, 2007 and February 14, 2007, in the District of Utah,

ROBERT PAUL WEITZEIL,

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person, to wit: Minor A, and attempted to do so; all in violation of 18 U.S.C. §

2423(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
KARIN M. FOJTIK
Assistant United States Attorney